BANCROFT, Plaintiff in Error, v. BRUNING, defendant in Error.

1. Case affirmed because no exceptions were saved.

*Error to Buchanan Court of Common Pleas.*

*Loan,* for plaintiff in error.
*Gardenhire,* for defendant in·error.

RICHARDSON, Judge, delivered the opinion of the court.

This case was tried by the court without a jury. No exceptions were taken during the progress of the trial, and the court was not called on to make any declaration of law touching⁻ the case. So that nothing was saved that will authorize the interposition of this court. The judgment will be affirmed ; the other judges concurring.